SECOND DEPARTMENT, JANUARY, 1954.

(January 11, 1954.)

■

JOSEPH G. COHEN, Respondent, v. SAMUEL WACHT, JR., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. The time of appellants to answer is extended until ten days after the entry of the order hereon. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See 282 App. Div. 1054.]

■

In the Matter of the BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC., in Respect of MEYER J. CANTOR (Admitted as MEYER JONAS CANTOR), an Attorney.— Matter referred to Honorable FRANCIS G. HOOLEY, Official Referee, to hear and to report with his recommendation. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

■

In the Matter of the BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC., in Respect of JOHN H. SCHULZE, an Attorney.— Matter referred to Honorable FRANCIS G. HOOLEY, Official Referee, to hear and to report with his recommendation. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

■

WALTER WIECKOWSKI, Appellant, v. MORRIS D. SOLOW, Respondent.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. Motion for reargument or, in the alternative, to amend remittitur, denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See 282 App. Div. 1050.]

■

ROSE KATINE, Individually and as Administratrix of the Estate of BERTHA KATINE, Deceased, et al., Appellants, v. KAYRO REALTY CO., INC., et al., Respondents. (Action No. 1.) GOLDIE MOLOMUT, Plaintiff, v. KAYRO REALTY Co., INC., et al., Defendants. (Action No. 2.) (Consolidated Action.) — Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See 282 App. Div. 1064.]

■

PHILIP WASSERMAN et al., Appellants, v. JOHNROY PROPERTIES, INC., Tenant, and RUBYMAR CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Adel, Acting P. J., Wenzel, Schmidt and Beldock, JJ.; Murphy, J., not voting.